UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| **MICHAEL DOUGLAS**<br><br>Plaintiff.<br><br>VS.<br><br>**3M COMPANY AND ARIZANT HEALTHCARE, INC.**<br><br>Defendants. | **MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND** |

1. Plaintiff, Michael Douglas, states and brings this civil action in MDL No. 15-2666, entitled *In Re: Bair Hugger Forced Air Warming Products Liability Litigation*. Plaintiff(s) [is/are] filing this Short Form Complaint as permitted by Pretrial Order #8 of this Court.

**PARTIES, JURISDICTION AND VENUE**

2. Plaintiff, Michael Douglas, is a resident and citizen of the State of California and claims damages as set forth below.

3. ~~Plaintiff's Spouse, , is a resident and citizen of the State of , and claims damages as set forth below. *[Cross out Spousal Claim if not applicable.]*~~

4. Jurisdiction is proper based upon diversity of Citizenship.

5. Proper Venue: The District Court in which remand trial is proper and where this Complaint would have been filed absent the direct filing order by this Court is the Central District of California.

6. Plaintiff brings this action *[check the applicable designation]*:

X     On behalf of [himself/herself];

~~In a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the _____ Court of _____. A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.~~

*~~[Cross out if not applicable.]~~*

## FACTUAL ALLEGATIONS

7. On or about October 5, 2015, Plaintiff underwent surgery during which the Bair Hugger Forced Air Warming system (hereinafter "Bair Hugger") was used during the course and scope of his surgery at the Ronald Reagan UCLA Medical Center, in Los Angeles, California, by Eric Johnson, M.D.

8. Contaminants introduced into Plaintiff's open surgical wound as a direct and proximate result of use of the Bair Hugger during the subject surgery resulted in Plaintiff developing a periprosthetic joint infection ("PJI"), also known as a deep joint infection ("DJI").

9. As a result of Plaintiff's infection caused by the Bair Hugger, Plaintiff has undergone numerous procedures following a postoperative infection, requiring intervention, management, and surgeries.

## ALLEGATIONS AS TO INJURIES

10. (a) Plaintiff claims damages as a result of (check all that are applicable):

__X__     INJURY TO HERSELF/HIMSELF

_____    INJURY TO THE PERSON REPRESENTED

_____    WRONGFUL DEATH

_____    SURVIVORSHIP ACTION

__X__     ECONOMIC LOSS

(b) Plaintiff's spouse claims damages as a result of (check all that are applicable):  [*Cross out if not applicable.*]

_____          ~~LOSS OF SERVICES~~

_____          ~~LOSS OF CONSORTIUM~~

11.   Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

## **DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY**

12.   The following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference (check all that are applicable):

__X___          FIRST CAUSE OF ACTION - NEGLIGENCE;

__X___          SECOND CAUSE OF ACTION - STRICT LIABILITY;

        __X___          FAILURE TO WARN

        __X___          DEFECTIVE DESIGN AND MANUFACTURE

__X___          THIRD CAUSE OF ACTION – BREACH OF EXPRESS WARRANTY;

__X___          FOURTH CAUSE OF ACTION- BREACH OF IMPLIED WARRANTY OF MERCHANTBILITY LAW OF THE STATE OF CALIFORNIA, CIVIL CODE §§ 1791.1(a);

__X___          FIFTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA PREVENTION OF CONSUMER FRAUD ACT;

__X___          SIXTH CAUSE OF ACTION – VIOLATION OF THE MINNESOTA DECEPTIVE TRADE PRACTICES ACT;

__X___          SEVENTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA UNLAWFUL TRADE PRACTICES ACT;

__X___          EIGHTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA FALSE ADVERTISING ACT;

__X___          NINTH CAUSE OF ACTION- CONSUMER FRAUD AND/OR UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER LAW OF THE STATE OF CALIFORNIA, BUSINESS AND PROFESSIONS CODE §§ 17000-17101;

__X___    TENTH CAUSE OF ACTION – NEGLIGENT MISREPRESENTATION;

__X___    ELEVENTH CAUSE OF ACTION- FRAUDULENT MISREPRESENTATION;

__X___    TWELFTH CAUSE OF ACTION – FRAUDULENT CONCEALMENT;

_____    ~~THIRTEENTH CAUSE OF ACTION – LOSS OF CONSORTIUM; and~~

__X___    FOURTEENTH CAUSE OF ACTION – UNJUST ENRICHMENT.

In addition to the above, Plaintiff(s) assert the following additional causes of action under applicable state law:

<u>Punitive Damages</u>

<u>Common Law Fraud</u>

<u>Constructive Fraud</u>

<u>Gross Negligence</u>

<u>Negligent Infliction of Emotional Distress</u>

*[Cross out if not applicable.]*

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff(s) pray for judgment against Defendants as follows:

1. For compensatory damages;
2. Pre-judgment and post-judgment interest;
3. Statutory damages and relief of the state whose laws will govern this action;
4. Costs and expenses of this litigation;
5. Reasonable attorneys' fees and costs as provided by law;
6. Equitable relief in the nature of disgorgement;
7. Restitution of remedy Defendants' unjust enrichment; and

8. All other relief as the Court deems necessary, just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.

Dated: August 1, 2024

    Respectfully submitted,

    **MCDONALD WORLEY, PC**

    By: */s/ Gabriel A. Assaad*
      Gabriel A. Assaad
      gassaad@mcdonaldworley.com
      1770 St. James Place, Ste 100
      Houston, TX 77056
      Tel. (713) 523-5500
      Fax (713) 523-5501

    **ATTORNEY FOR PLAINTIFF**